> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Montell Williams v. Lloyd Arnold

| | |
|---|---|
| Case Number | 45D10-2502-MI-000059 |
| Court | Lake Superior Court, Civil Division 6 |
| Type | MI - Miscellaneous Civil |
| Filed | 02/03/2025 |
| Status | 02/03/2025 , Pending (active) |

## Parties to the Case

**Defendant**  Arnold, Lloyd

<u>Attorney</u>
Thomas Stewart Pratt
*#3693318, Lead, Retained*

Office of Attorney General
Indiana Government Center South 5th Floor
302 West Washington Street
Indianapolis, IN 46204
317-232-0493(W)

<u>Attorney</u>
Emily Marie Hoegler
*#3889171, Retained*

Office of Attorney General
302 W. Washington St.
IGCS 5th Floor
Indpls, IN 46204
317-234-4794(W)

**Plaintiff**  Williams, Montell

<u>Attorney</u>
Russell W. Brown Jr.
*#2962864, Retained*

9223 Broadway
Suite E
Merrillville, IN 46410
219-750-9380(W)

## Chronological Case Summary

02/03/2025  **Case Opened as a New Filing**

| | | |
|---|---|---|
| 02/06/2025 | **Complaint/Equivalent Pleading Filed** | |
| | USCA Mandate - Exh C.pdf | |
| | 2nd Final PSR Addendum - Exh F.pdf | |
| | Sentencing Memorandum - Exh G.pdf | |
| | Judgement and Sentencing - Exh B.pdf | |
| | ReJudgement and Resentencing - Exh D.pdf | |
| | Plea Agreement - Exh A.pdf | |
| | Order SORNA - Exh E.pdf | |
| | SMART Print Out - Exh F.pdf | |
| | Complaint for Declaratory Judgment.pdf | |
| | Complaint | |
| | Filed By: | Williams, Montell |
| | File Stamp: | 02/03/2025 |
| 02/06/2025 | **Appearance Filed** | |
| | Attorney Appearance | |
| | For Party: | Williams, Montell |
| | File Stamp: | 02/03/2025 |
| 02/06/2025 | **Subpoena/Summons Filed** | |
| | Summons - Defendant | |
| | Filed By: | Williams, Montell |
| | File Stamp: | 02/03/2025 |
| 02/06/2025 | **Subpoena/Summons Filed** | |
| | Summons - Attorney General | |
| | Filed By: | Williams, Montell |
| | File Stamp: | 02/03/2025 |
| 03/05/2025 | **Appearance Filed** | |
| | E-Filing Appearance by Attorneys In A Civil Case | |
| | For Party: | Arnold, Lloyd |
| | File Stamp: | 03/05/2025 |

# Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

## Williams, Montell
Plaintiff

### Balance Due (as of 03/05/2025)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date       | Description            | Amount   |
|------------|------------------------|----------|
| 02/06/2025 | Transaction Assessment | 157.00   |
| 02/06/2025 | Electronic Payment     | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.