UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MONTELL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:25-cv-108-GSL-AZ ) |
| LLOYD ARNOLD, in his Official Capacity as Commissioner of the Indiana Department of Corrections, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 445 and due to a potential conflict of interest, the undersigned **RECUSES** himself from this case as the assigned Magistrate Judge and **DIRECTS** the Clerk of Court to re-assign this matter to another Magistrate Judge in the District.

SO ORDERED this 10th day of March 2025.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT