UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO.   2:12 CR 144RL-APR |
| v. | ) | |
| | ) | 18 U.S.C. §§ 1591, 1594 |
| MONTELL VALENTINO WILLIAMS | ) | 18 U.S.C. § 2421 |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [Sex Trafficking by Force, Fraud, or Coercion]

Beginning in or about October 2010 and continuing until on or about February 5, 2012, in the Northern District of Indiana and elsewhere, the defendant, **MONTELL WILLIAMS**, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained J.S., a female individual whose identity is known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used and were used to cause J.S. to engage in a commercial sex act; and attempted to do so.

All in violation of Title 18, United States Code, Section 1591(a) and 1594.

1

Def.'s Exhibit A: 1 of 7

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO
### [Sex Trafficking by Force, Fraud, or Coercion]

Beginning in or about January 2012 and continuing until on or about February 4, 2012, in the Northern District of Indiana and elsewhere, the defendant, **MONTELL WILLIAMS**, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained E.D., a female individual whose identity is known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used and were used to cause E.D. to engage in a commercial sex act; and attempted to do so.

All in violation of Title 18, United States Code, Section 1591(a) and 1594.

2

Def.'s Exhibit A: 2 of 7

**THE GRAND JURY FURTHER CHARGES:**

## COUNT THREE
**[Mann Act Violation]**

Between on or about June 2011 and on or about February 5, 2012, in the Northern District of Indiana and elsewhere, the defendant, **MONTELL WILLIAMS**, did knowingly transport J.S., a female individual whose identity is known to the Grand Jury, in interstate commerce, i.e., from Indiana to Illinois and from Indiana to Georgia, with intent that J.S. engage in prostitution.

All in violation of Title 18, United States Code, Section 2421.

3

Def.'s Exhibit A: 3 of 7

**THE GRAND JURY FURTHER CHARGES:**

## <u>COUNT FOUR</u>
### [Mann Act Violation]

Between on or about January 2012 and on or about February 4, 2012, in the Northern District of Indiana and elsewhere, the defendant, **MONTELL WILLIAMS**, did knowingly transport E.D., a female individual whose identity is known to the Grand Jury, in interstate commerce, i.e., from Illinois to Indiana, with intent that E.D. engage in prostitution.

All in violation of Title 18, United States Code, Section 2421.

Def.'s Exhibit A: 4 of 7

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT FIVE</u>
**[Mann Act Violation]**

Between on or about June 2011 and on or about February 5, 2012, in the Northern District of Indiana and elsewhere, the defendant, **MONTELL WILLIAMS**, did knowingly transport S.H., a female individual whose identity is known to the Grand Jury, in interstate commerce, i.e., from Indiana to Illinois and from Indiana to Georgia, with intent that S.H. engage in prostitution.

All in violation of Title 18, United States Code, Section 2421.

Def.'s Exhibit A: 5 of 7

**THE GRAND JURY FURTHER CHARGES:**

<u>**SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS**</u>

1.      The allegations of Counts 1 through 5 of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2428.

2.      If convicted of any of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of the offense charged herein, including, but not limited to:

a.      $140 in U.S. currency;

b.      One Samsung Micro SD adapter card;

c.      One HP laptop computer Model # 2000-369WM bearing Serial # 5CB1414X1Z with charger;

d.      One HP laptop computer Model # G62-339WM bearing Serial # CNF048BHW0 with power cord;

e.      One grey Boost Mobile Samsung Model SPH-M260 flip camera cell phone with charger bearing DEC # 268435461702036322;

f.      One Samsung Boost Model SPH-M820 cell phone bearing FCC-ID A3LSPHM820;

g.      One black Samsung non-flip non-smart phone bearing Serial #

6

Def.'s Exhibit A: 6 of 7

RPTB533575Z with charger; and

h.    One Targus Model # TG-506TR tri-pod and One Nikon Model # DS100W

digital camera with lenses in case bearing Serial #30116891;

In furtherance of Title 18, United States Code, Section 2428.


A TRUE BILL

/s/ Foreperson
Grand Jury Foreperson



DAVID A. CAPP
UNITED STATES ATTORNEY


By:    /s/ Jill Rochelle Koster
       Jill Rochelle Koster
       Assistant United States Attorney
       Northern District of Indiana


THOMAS PEREZ,
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice


       John Richmond
       Special Litigation Counsel


By:    /s/ Amanda Gregory
       Amanda Gregory
       Trial Attorney

Def.'s Exhibit A: 7 of 7