AO 450 (Rev. 11/11)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MONTELL WILLIAMS | ) |
| Plaintiff | ) Civil Action No. 2:25-cv-108 |
| | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| LLOYD ARNOLD | ) |
| *in his official Capacity as Commissioner of Indiana* | ) |
| *Department of corrections* | ) |
| | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____
the amount of _____ dollars ($_____), which includes prejudgment
interest at the rate of _____%, plus post-judgment interest at the rate of
_____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

**X** other: <u>JUDGMENT IS ENTERED in favor of Defendant Lloyd Arnold and against the Plaintiff, Montell Williams.</u>

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge <u>Gretchen S. Lund on Defendant's Motion for Judgment on the Pleadings.</u>

DATE: <u> 12/17/2025 </u>                *Chanda J. Berta, Clerk of Court*

by <u>   s/J. Barboza   </u>
*Signature of Clerk or Deputy Clerk*