# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 14, 2026

*Before*
NANCY L. MALDONADO, *Circuit Judge*

| No. 26-1014 | MONTELL V. WILLIAMS, <br>         Plaintiff - Appellant <br><br> v. <br><br> LLOYD ARNOLD, <br>         Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:25-cv-00108-GSL-APR <br> Northern District of Indiana, Hammond Division <br> District Judge Gretchen S. Lund ||

Upon consideration of the **EMERGENCY MOTION FOR STAY PENDING APPEAL**, filed on January 9, 2026, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED** without prejudice to renewal after the district court's ruling on the motion for stay pending appeal.

form name: **c7_Order_3J**   (form ID: **177**)